**MAGISTRATE JUDGE ARNOLD**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br> ) <br> Plaintiff,        ) <br> ) <br> vs.        ) <br> ) <br> PATRICIA A. DUNN,        ) <br> ) <br> Defendant.        ) <br> _____) | CASE NO. CR06-5193 <br><br> AGREED ORDER <br> CONTINUING TRIAL DATE |

THIS MATTER having come on before the Court on the agreed motion of the Defendant, PATRICIA A. DUNN, and the United States of America for an order continuing the trial date; the Court finding that this case is now scheduled for trial on August 28, 2006; the Court finding that good cause exists to continue the trial date; the Court finding that such a continuance is agreed to by the government; and the Court further finding that the ends of justice served by continuing the trial date outweighs the best interest of the public and the Defendant in a speedy trial; it is therefore

ORDERED that the new trial date shall be the 25th day of September, 2006; and, it is further

**AGREED ORDER**
**CONTINUING TRIAL DATE - 1**

**AGREED ORDER**
**CONTINUING TRIAL DATE - 2**

ORDERED that the period of delay between August 28, 2006, and September 25, 2006, shall be excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161.

DONE IN OPEN COURT this 22nd day of August, 2006.

                                                                                   /s/ J. Kelley Arnold

JUDGE                                                      UNITED STATES MAGISTRATE

Presented by:                                     Approved for Entry:

WILLIAM R. MICHELMAN, INC., P.S.        UNITED STATES ATTORNEY

s/William R. Michelman                    s/Cpt. Glen E. Templeton
_____       _____
William R. Michelman, WSBA #6803        By: Cpt. Glen E. Templeton
Attorney for Defendant                         Special Assistant United States Attorney
                                                         Attorney for Plaintiff